# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 21, 2025

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   United States v. Alex Brown**
         **25 Cr. 314 (RA)**

Dear Judge Abrams:

> Application granted. The status conference is adjourned to September 23, 2025 at 2:30 p.m. Time is excluded until September 23, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 22, 2025

    I write to respectfully request an adjournment of the status conference currently scheduled for September 4, 2025, when I have a scheduling conflict, to September 23, 2025, when I understand the Court and the government are available. The government has no objection to this request. The government also requests, and the defense consents to, an exclusion of time under the Speedy Trial Act until September 23, 2025.

Respectfully,

 */s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA Adam Sowlati