# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2026

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to June 17, 2026 at 11:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 19, 2026

Re:    *United States v. Alex Brown*, 25 Cr. 314 (RA)

Dear Judge Abrams:

I write on behalf of Alex Brown, without objection from the Government, to respectfully request an adjournment of Mr. Brown's sentencing hearing from April 3, 2026 to June 17, 2026, when I understand the Court and all parties will be available. I was recently appointed to Mr. Brown's case because his original attorney went on leave. The adjournment I request will allow time for me to get up to speed on Mr. Brown's case and will allow my office to complete our mitigation investigation and gather letters of support from Mr. Brown's family.

Thank you for your consideration of this request.

Sincerely,

/s/
Nora Stephens
Assistant Federal Defender
(212) 417-8784

cc:    AUSA Adam Sowlati