# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2026

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 2, 2026

Re:    *United States v. Alex Brown*, 25 Cr. 314 (RA)

Dear Judge Abrams:

I write on behalf of Alex Brown, without objection from the Government, to respectfully request a one-day extension to file my sentencing submission — from Wednesday, June 3, 2026, to Thursday, June 4, 2026.

Thank you for your consideration.

Sincerely,

/s/
Nora Stephens
Assistant Federal Defender
(212) 417-8784

cc:    AUSA Adam Sowlati